This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Deborah Clark v. Family Dollar Stores of Indiana, LLC

| | |
|---|---|
| Case Number | 49D03-2004-CT-015003 |
| Court | Marion Superior Court, Civil Division 3 |
| Type | CT - Civil Tort |
| Filed | 04/30/2020 |
| Status | 04/30/2020 , Pending  (active) |

## Parties to the Case

Defendant   Strength of Nature, LLC  *(Dismissed)*

Removed
05/15/2020  -  Dismissed

Defendant   Family Dollar Stores of Indiana, LLC

Address
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

Attorney
Anthony Marino Eleftheri
*#1933649, Lead, Retained*

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
317-580-4848(W)

Attorney
Melanie Alyse Kalmbach
*#3480049, Retained*

736 Hanover PL
STE 200
Carmel, IN 46032
317-580-4848(W)

Plaintiff       Clark, Deborah

Attorney
Rom Byron
*#2126849, Retained*

Ken Nunn Law Office
104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

04/30/2020   **Case Opened as a New Filing**

| 05/01/2020 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint for Damages | |
| | Filed By: | Clark, Deborah |
| | File Stamp: | 04/30/2020 |

| 05/01/2020 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Clark, Deborah |
| | File Stamp: | 04/30/2020 |

| 05/01/2020 | **Subpoena/Summons Filed** | |
| | Summons to Strength of Nature, LLC | |
| | Filed By: | Clark, Deborah |
| | File Stamp: | 04/30/2020 |

| 05/01/2020 | **Subpoena/Summons Filed** | |
| | Summons to Family Dollar Stores of Indiana, LLC | |
| | Filed By: | Clark, Deborah |
| | File Stamp: | 04/30/2020 |

| 05/11/2020 | **Service Returned Served (E-Filing)** | |
| | Return of Service for Strength of Nature | |
| | Filed By: | Clark, Deborah |
| | File Stamp: | 05/11/2020 |

| 05/11/2020 | **Service Returned Served (E-Filing)** | |
| | Return of Service for Dollar Stores | |
| | Filed By: | Clark, Deborah |
| | File Stamp: | 05/11/2020 |

| 05/13/2020 | **Motion to Dismiss Filed** | |
| | PLAINTIFF S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STRENGTH OF NATURE, LLC ONLY AND WITHOUT PREJUDICE | |
| | Filed By: | Clark, Deborah |
| | File Stamp: | 05/13/2020 |

| 05/13/2020 | **Appearance Filed** | |
| | Appearance of Anthony M. Eleftheri and Melanie A. Kalmbach | |
| | For Party: | Family Dollar Stores of Indiana, LLC |
| | File Stamp: | 05/13/2020 |

| 05/13/2020 | **Motion for Enlargement of Time Filed** | |
| | Family Dollar Stores of Indiana, LLC's Motion for Enlargement of Time | |
| | Filed By: | Family Dollar Stores of Indiana, LLC |
| | File Stamp: | 05/13/2020 |

| 05/15/2020 | **Order Granting Motion for Enlargement of Time** | |
| | Order Granting Enlargement of Time; copies sent to parties via e-notice | |
| | Judicial Officer: | Miller, Gary L |
| | Order Signed: | 05/15/2020 |

| 05/15/2020 | **Order Granting Motion to Dismiss** |
| --- | --- |

as to Permanent General Assurance Corporation Company ONLY; without prejudice; copies sent to parties via e-notice

| Judicial Officer: | Miller, Gary L |
| --- | --- |
| Order Signed: | 05/15/2020 |

| 05/15/2020 | **Order Granting Motion to Dismiss** |
| --- | --- |

as to Strength of Nature, LLC; without prejudice; copies sent to parties via e-notice

| Judicial Officer: | Miller, Gary L |
| --- | --- |
| Order Signed: | 05/15/2020 |

| 05/16/2020 | **Automated ENotice Issued to Parties** |
| --- | --- |

Order Granting Motion for Enlargement of Time ---- 5/15/2020 : Anthony Marino Eleftheri;Melanie Alyse Kalmbach;Rom Byron Order Granting Motion to Dismiss ---- 5/15/2020 : Anthony Marino Eleftheri;Melanie Alyse Kalmbach;Rom Byron Order Granting Motion to Dismiss ---- 5/15/2020 : Anthony Marino Eleftheri;Melanie Alyse Kalmbach;Rom Byron

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Clark, Deborah

Plaintiff

**Balance Due** (as of 05/28/2020)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 05/01/2020 | Transaction Assessment | 157.00 |
| 05/01/2020 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
| --- |

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Deborah Clark

Plaintiff(s)

VS.          No. _____

Strength of Nature, LLC and Family Dollar Stores of Indiana, LLC

Defendant(s)

**SUMMONS**

The State of Indiana to Defendant: **Family Dollar Stores of Indiana, LLC c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: _____   5/1/2020

*Myla A. Eldridge*
_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

ROM BYRON, #21268-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX        By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:____*s/ ROM BYRON*_____
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF MAILING:** I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ __, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____
   _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____
   _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

Filed: 5/13/2020 10:17 AM
Clerk
Marion County, Indiana

MARION COUNTY SUPERIOR COURT
STATE OF INDIANA

DEBORAH CLARK,                          )
                                        )
                      Plaintiff         )
                                        )
        v.                              )     CAUSE NO.: 49D03-2004-CT-015003
                                        )
STRENGTH OF NATURE, LLC AND             )
FAMILY DOLLAR STORES OF INDIANA,        )
LLC                                     )
                                        )
                      Defendants.       )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Initiating        Responding   **X**        Intervening

1.      The undersigned attorney and all attorneys listed on this form now appear in this
case for the following party member(s):

## FAMILY DOLLAR STORES OF INDIANA, LLC

2.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and
for case information as required by Trial Rules 3.1 and 77(B) is as follows:

> Name:        Anthony M. Eleftheri (#19336-49)
>              Melanie A. Kalmbach (#34800-49)
> Address:     Drewry Simmons Vornehm, LLP
>              736 Hanover Place, Suite 200
>              Carmel, Indiana 46032
> Phone:       (317) 580-4848
> Fax:         (317) 580-4855
> E-Mail:      aeleftheri@DSVlaw.com
>              mkalmbach@DSVlaw.com

3.      There are other party members:  Yes    No **X** (If yes, list on continuation page.)

4.      If first initiating party filing this case, the Clerk is requested to assign this case the
following. Case Type under Administrative Rule 8(b)(3):  _____

5.      I will accept service by fax at the above noted number:  Yes **X**   No

6.      This case involves support issues.  Yes    No **X** (If yes, supple social security
numbers for all family members on continuation page.)

1

7.      There are related cases:  Yes      No  **X**  (If yes, list on continuation page.)

8.      This form has been served on all other parties; Certificate of Service is attached:
        Yes   **X**  No          Not Applicable

9.      Additional information required by local rule:  **N/A**


                           DREWRY SIMMONS VORNEHM, LLP



                           */s/ Anthony M. Eleftheri*
                           ANTHONY M. ELEFTHERI, #19336-49
                           MELANIE A. KALMBACH, #34800-49
                           *Counsel for Family Dollar Stores of Indiana, LLC*

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing has been served either via E-Service through the Indiana E-Filing System, or by first class United States mail, postage prepaid, this 13th day of May 2020, to:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, Indiana 47404
*Counsel for Plaintiff*

*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH, #34800-49

STATE OF INDIANA        )       IN THE MARION SUPERIOR COURT
                          ) SS:
COUNTY OF MARION       )       CAUSE NO.

DEBORAH CLARK

      VS.

STRENGTH OF NATURE, LLC
and FAMILY DOLLAR STORES
OF INDIANA, LLC

## COMPLAINT FOR DAMAGES

### FIRST CAUSE OF ACTION

Comes now the plaintiff, Deborah Clark, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Strength of Nature, LLC, alleges and says:

1.      That on or about March 7, 2019, the plaintiff, Deborah Clark, suffered serious chemical burns to her scalp, neck, and shoulders after applying African Pride Olive Miracle Chemical Relaxer to her hair.

2.      That said incident occurred within the boundaries of Marion County, Indiana.

3.      That said African Pride Olive Miracle Chemical Relaxer was designed, manufactured and placed into the stream of commerce by the defendant, Strength of Nature, LLC.

4.      Defendant negligently designed, manufactured, and placed into the stream of commerce said African Pride Olive Miracle Chemical Relaxer. Defendant knew or should have known of the unreasonable chemical burn dangers of this product, which was its unreasonably dangerous defective condition, and it failed to reasonably warn the plaintiff.

5.      As a result of Defendant's negligence and fault and the unreasonably dangerous defective condition of the African Pride Olive Miracle Chemical Relaxer, Deborah Clark suffered permanent personal injuries, pain and suffering, and other pecuniary and non-pecuniary losses and damages.

## SECOND CAUSE OF ACTION

Comes now the plaintiff, Deborah Clark, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Strength of Nature, LLC, alleges and says:

1.      That she incorporates by reference all paragraphs of the First Cause of Action as set out above.

2.      This action is brought pursuant to the provisions of the Indiana Product Liability Statute, I.C. 34-20-1-1, *et. seq.,* on the theory of strict liability in tort.

3.      Defendant is a "seller" engaged in business as a manufacturer, wholesaler, retail dealer, lessor, or distributor of the African Pride Olive Miracle Chemical Relaxer described herein within the meaning of that term as defined by I.C. 34-20-1-1, *et. seq.*

4.      Plaintiff is a "user or consumer" within the meaning of the term as defined by I.C. 34-20-1-1, *et. seq.*

5.      The African Pride Olive Miracle Chemical Relaxer described herein is a "product" within the meaning of the term as defined by I.C. 34-20-1-1, *et. seq.*

6.      The African Pride Olive Miracle Chemical Relaxer was "unreasonably dangerous" as defined by I.C. 34-20-1-1, *et. seq.*

7.      Deborah Clark, suffered "physical harm" within the meaning of the term as defined by I.C. 34-20-1-1, *et. seq.*

8.      The African Pride Olive Miracle Chemical Relaxer was a defective product as defined by I.C. 34-20-1-1, *et. seq.*

9.      The African Pride Olive Miracle Chemical Relaxer was expected to, and did reach, Deborah Clark without substantial alteration in the condition in which it was sold or placed in the stream of commerce.

10.     Deborah Clark was in the class of persons that defendants reasonably foresaw of should have reasonably foreseen as being subject to the harm caused by the defective condition of the African Pride Olive Miracle Chemical Relaxer.

11.     Deborah Clark did not know of the defect and was not aware of the danger caused by the defective condition of the African Pride Olive Miracle Chemical Relaxer.

12.     Deborah Clark did not misuse the African Pride Olive Miracle Chemical

Relaxer.

13.     On or about February 25, 2019, Deborah Clark suffered damages as a result of the unreasonably dangerous defective condition of the African Pride Olive Miracle Chemical Relaxer.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries for damages, court costs, and all other proper relief in the premises.

## THIRD CAUSE OF ACTION

Comes now the plaintiff, Deborah Clark, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Family Dollar Stores of Indiana, LLC, alleges and says:

1.      That she incorporates by reference all paragraphs of the First Cause of Action and Second Cause of Action as set out above.

2.      That on or about March 7, 2019, the plaintiff, Deborah Clark, suffered chemical burns to her scalp, neck, and shoulders after applying African Pride Olive Miracle Chemical Relaxer to her hair.

3.      That said incident occurred within the boundaries of Marion County, Indiana.

4.      That on or about February 25, 2019, plaintiff purchased said African Pride Olive Miracle Chemical Relaxer while she was a customer of the Family Dollar store located at 6030 East 21st Street in Indianapolis, Marion County, Indiana, which is a store of the defendant, Family Dollar Stores of Indiana, LLC.

5.      Defendant's negligence was that it knew or should have known of the unreasonable chemical burn dangers of African Pride Olive Miracle Chemical Relaxer and failed to reasonably warn plaintiff of those unreasonable chemical burn dangers.  Or, the Defendant knew or should have known of the unreasonable chemical burn dangers of African Pride Olive Miracle Chemical Relaxer and should not have offered it for sale because of those unreasonable chemical burn dangers.  Defendant negligently placed into the stream of commerce said African Pride Olive Miracle Chemical Relaxer.

6.      As a result of Defendant's negligence, Deborah Clark suffered damages from the chemical burn, including personal injuries, pain and suffering, and other pecuniary and non-pecuniary losses and damages.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries for all of her damages, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:   *s/ Rom Byron*
Rom Byron, #21268-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: romb@kennunn.com


## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.


KEN NUNN LAW OFFICE


BY:   *s/ Rom Byron*
Rom Byron, #21268-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: romb@kennunn.com

Rom Byron, #21268-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

MARION COUNTY SUPERIOR COURT
STATE OF INDIANA

| | |
|---|---|
| DEBORAH CLARK, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CAUSE NO.: 49D03-2004-CT-015003 |
| | ) |
| STRENGTH OF NATURE, LLC AND | ) |
| FAMILY DOLLAR STORES OF INDIANA, | ) |
| LLC | ) |
| | ) |
| Defendants. | ) |

**FAMILY DOLLAR STORES OF INDIANA, LLC'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now Defendant Family Dollar Stores of Indiana, LLC, by counsel, and respectfully petitions the Court for a 30-day enlargement of time up to and including June 26, 2020 to Answer or otherwise respond to Plaintiff's Complaint and in support states:

1.     Plaintiff Deborah Clark filed her Complaint for Damages on or about April 30, 2020.

2.     Defendant Family Dollar Stores of Indiana, LLC was served on May 4, 2020 via Certified Mail.

3.     An Answer or responsive pleading is due on or before May 27, 2020.

4.     Defendant respectfully petitions the Court for a 30-day enlargement of time, up to and including June 26, 2020 to Answer or otherwise respond to Plaintiff's Complaint. Additional time is necessary to allow the undersigned an opportunity to conduct an investigation, meet with his client and otherwise prepare an appropriate answer or response.

5.     This Motion is not made for purposes for vexation or delay.

1

WHEREFORE, Defendant Family Dollar Stores of Indiana, LLC, by counsel, prays for a 30-day enlargement of time, up to and including June 26, 2020 to Answer or otherwise respond to Plaintiff's Complaint and for all other relief proper in the premises.

DREWRY SIMMONS VORNEHM, LLP


/s/ Anthony M. Eleftheri
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH (#34800-49)
Counsel for Family Dollar Stores of Indiana, LLC

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing has been served either via E-Service through the Indiana E-Filing System, or by first class United States mail, postage prepaid, this 13th day of May 2020, to:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, Indiana 47404
*Counsel for Plaintiff*

*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH , #34800-49

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.49D03-2004-CT-015003 |

DEBORAH CLARK

VS.

STRENGTH OF NATURE, LLC
and FAMILY DOLLAR STORES
OF INDIANA, LLC

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STRENGTH OF NATURE, LLC ONLY AND WITHOUT PREJUDICE

Comes now the Plaintiff, by counsel, Rom Byron, and respectfully notifies the Court plaintiff voluntarily dismisses defendant Strength of Nature, LLC only in the above cause without prejudice, pursuant to T.R. 41(A)(a), as its conditions are met:

Rule 41. Dismissal of actions

(A)   Voluntary dismissal: Effect thereof.

(1)   By plaintiff--By stipulation. Subject to contrary provisions of these rules or of any statute, an action may be dismissed by the plaintiff without order of court:

(a)   by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs;

The plaintiff requests an Order from the Court which removes defendant defendant Strength of Nature, LLC from the Caption and herewith supplies the proposed Order.

Respectfully submitted,
KEN NUNN LAW OFFICE


BY:   */s/Rom Byron*
Rom Byron, #21268-49
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify this Notice has been distributed to counsel of record (which as of the date of filing there are none known).

on this 12th day of May, 2020.

_/s/Rom Byron_____
Rom Byron, #21268-49
Attorney for Plaintiff

Rom Byron, #21268-49
Attorney for Plaintiffs
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404
Telephone: (812) 332-9451
Fax:  (812) 331-5321

MARION COUNTY SUPERIOR COURT
STATE OF INDIANA

| | | |
|---|---|---|
| DEBORAH CLARK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 49D03-2004-CT-015003 |
| | ) | |
| STRENGTH OF NATURE, LLC AND | ) | |
| FAMILY DOLLAR STORES OF INDIANA, | ) | |
| LLC | ) | |
| | ) | |
| Defendants. | ) | |

**F I L E D**

May 15, 2020

*Myla A. Eldridge*

CLERK OF THE COURT
MARION COUNTY
ND

## ORDER GRANTING ENLARGEMENT OF TIME

Comes now Defendant Family Dollar Stores of Indiana, LLC, by counsel, and files its

Motion for Enlargement of Time to respond to Plaintiff's Complaint.  And the Court, being duly

advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant be

and hereby is granted an enlargement of time, up to and including June 26, 2020 to Answer or

otherwise respond to Plaintiff's Complaint.

DATE: _____**May 15, 2020**_____        _____

JUDGE, MARION SUPERIOR COURT

COPIES TO:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, Indiana 47404

Anthony M. Eleftheri
Melanie A. Kalmbach
Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032

STATE OF INDIANA       )          IN THE MARION SUPERIOR COURT
                         ) SS:
COUNTY OF MARION      )          CAUSE NO.49D03-2004-CT-015003

DEBORAH CLARK

VS.

**F I L E D**

May 15, 2020

*Myla. a. Eldridge*

CLERK OF THE COURT
MARION COUNTY
ND

STRENGTH OF NATURE, LLC
and FAMILY DOLLAR STORES
OF INDIANA, LLC

## ORDER REFORMING CAPTION TO REMOVE DISMISSED (WITHOUT PREJUDICE) DEFENDANT STRENGTH OF NATURE, LLC

Comes now the Court after the plaintiff has provided notice of its voluntary dismissal of

defendant Strength of Nature, LLC only in the above cause without prejudice, pursuant to T.R. 41(A)(a);

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that dismissed defendant

Strength of Nature, LLC is to be removed from the caption which will be reformed as <u>Deborah Clark v.</u>

<u>Family Dollar Stores of Indiana, LLC</u>.

**ALL OF WHICH IS ORDERED** this _____ day of _____**May 15, 2020**_____, 2020.

_____
JUDGE, MARION SUPERIOR COURT 3

**DISTRIBUTE TO:**
Rom Byron, Ken Nunn Law Office, 104 S. Franklin Road, Bloomington, IN 47404
any other counsel of record

STATE OF INDIANA        )            IN THE MARION SUPERIOR COURT
                         ) SS:
COUNTY OF MARION       )             CAUSE NO.49D03-2004-CT-015003

DEBORAH CLARK

VS.

STRENGTH OF NATURE, LLC
and FAMILY DOLLAR STORES
OF INDIANA, LLC

## ORDER REFORMING CAPTION TO REMOVE DISMISSED (WITHOUT PREJUDICE) DEFENDANT STRENGTH OF NATURE, LLC

Comes now the Court after the plaintiff has provided notice of its voluntary dismissal of

defendant Strength of Nature, LLC only in the above cause without prejudice, pursuant to T.R. 41(A)(a);

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that dismissed defendant

Strength of Nature, LLC is to be removed from the caption which will be reformed as Deborah Clark v.

Family Dollar Stores of Indiana, LLC.

**ALL OF WHICH IS ORDERED** this _____ day of _____, 2020.


_____
JUDGE, MARION SUPERIOR COURT 3


**DISTRIBUTE TO:**
Rom Byron, Ken Nunn Law Office, 104 S. Franklin Road, Bloomington, IN 47404
any other counsel of record

MARION COUNTY SUPERIOR COURT
STATE OF INDIANA

DEBORAH CLARK,                          )
                                        )
            Plaintiff                   )
                                        )
      v.                                )      CAUSE NO.: 49D03-2004-CT-015003
                                        )
STRENGTH OF NATURE, LLC AND             )
FAMILY DOLLAR STORES OF INDIANA,        )
LLC                                     )
                                        )
            Defendants.                 )

**ORDER GRANTING ENLARGEMENT OF TIME**

Comes now Defendant Family Dollar Stores of Indiana, LLC, by counsel, and files its

Motion for Enlargement of Time to respond to Plaintiff's Complaint.  And the Court, being duly

advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant be

and hereby is granted an enlargement of time, up to and including June 26, 2020 to Answer or

otherwise respond to Plaintiff's Complaint.

DATE: _____        _____
                                     JUDGE, MARION SUPERIOR COURT

COPIES TO:

Rom Byron                            Anthony M. Eleftheri
KEN NUNN LAW OFFICE                  Melanie A. Kalmbach
104 South Franklin Road              Drewry Simmons Vornehm, LLP
Bloomington, Indiana 47404           736 Hanover Place, Suite 200
                                     Carmel, IN 46032